| | |
|---|---|
| **AIKEN SCHENK HAWKINS & RICCIARDI P.C.**<br>4742 North 24th Street<br>Suite 100<br>Phoenix, Arizona  85016-4859<br>Telephone:  (602) 248-8203<br>Facsimile:  (602) 248-8840<br>D. Lamar Hawkins – 013251<br>E-Mail:  dlh@hs-law.com<br>**Attorneys for Debtors** | **IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**<br>The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.<br>**Dated: April 13, 2009** <br><br>_____<br>**RANDOLPH J. HAINES**<br>**U.S. Bankruptcy Judge** |

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ATOMIC PEST CONTROL LLC, an Arizona limited liability company,<br><br>        Debtor.<br><br>Address:    1755 S. Recker Rd.<br>                      Mesa, AZ  85206<br><br>Tax ID:     90-0279948<br><br>In re:<br><br>JOHN NELSON BEEBE and JULIE ANN BEEBE,<br><br>        Debtors.<br><br>Address:    1755 S. Recker Rd.<br>                      Mesa, AZ  85206<br><br>Social Security No(s):    xxx-xx-3193<br>                                   xxx-xx-2186 | Chapter 11 Proceedings<br><br>Case No. 2-09-bk-07232-RJH<br>Case No. 2-09-bk-07236-RTB<br><br>(Jointly Administered)<br><br><br><br><br><br><br><br>**ORDER DIRECTING (1) JOINT ADMINISTRATION; (2) TRANSFER OF ASSIGNMENT OF CASES TO ONE JUDGE; AND (3) USE OF A CONSOLIDATED CAPTION** |

      This matter comes before the Court on Atomic Pest Control LLC's Motion for joint administration of their Chapter 11 Case (No. 2-09-bk-07232-RJH) with the Chapter 11 Case of John Nelson Beebe and Julie Ann Beebe (No. 2:09-bk-07236-RTB).   The Court having considered the relief requested and just cause appearing therefor,

      **IT IS HEREBY ORDERED** as follows:

      1.    The bankruptcy proceedings of Atomic Pest Control LLC, Case No. 2-09-bk-07232-RJH and John Nelson Beebe and Julie Ann Beebe, Case No. 2:09-bk-07236-RTB, shall be jointly administered under Case No. 2-09-bk-07232-RJH by the Honorable Randolph J. Haines.

2. All pleadings, orders and other documents filed shall be captioned as follows to reflect that the cases are jointly administered:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| ATOMIC PEST CONTROL LLC, an Arizona limited liability company, | Case No. 2-09-bk-07232-RJH<br>Case No. 2-09-bk-07236-RTB |
| Debtor. | (Jointly Administered) |
| Address: 1755 S. Recker Rd.<br>Mesa, AZ 85206 | |
| Tax ID: 90-0279948 | |
| In re: | |
| JOHN NELSON BEEBE and JULIE ANN BEEBE, | **[TITLE]** |
| Debtors. | |
| Address: 1755 S. Recker Rd.<br>Mesa, AZ 85206 | |
| Social Security No(s): xxx-xx-3193<br>xxx-xx-2186 | |

3. One docket shall be maintained for the Debtors' cases, under Case No. 2-09-bk-07232-RJH.

4. Proofs of claim filed by creditors of each debtor shall reflect the style and case number of the debtor to which the claim relates and in whose case such claim is to be filed.

5. Separate claims registers shall be maintained for each case.

6. Counsel for the Debtors shall be, and hereby are, directed to mail, via first class mail, this Order to all creditors and parties in interest and the United States Trustee, and file an appropriate certificate of service with this Court.

DATED:_____, 2009.    _____
The Honorable Randolph J. Haines
U.S. Bankruptcy Court Judge

S:\AtomicPestControl\2800401\Pleadings\OrdJtAdm.doc

2